AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>PETER ARVELL HOWARD<br><br>*Defendant(s)* | Case No.<br>1:21MJ79 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 7, 2019__ in the county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 661 | The defendant unlawfully took and carried away, with intent to steal or purloin, the personal property of another. |
| 18 U.S.C § 1382 | The defendant unlawfully entered a military, naval, or Coast Guard property |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

Reviewed By: SAUSA Sean Rowland
            AUSA Marc Birnbaum

*Complainant's signature*

Det. Stanley J. Hofferber, Fort Myer Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __March 17, 2021__

City and state: __Alexandria, VA__

/s/
Ivan D. Davis
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA )
)
v. )
) Case No: 1:21-mj-79
PETER ARVELL HOWARD, )
)
Defendant. )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Detective STANLEY J. HOFFERBER, being duly sworn, depose and state the following:

1. I am a Detective with the Department of the Army's Directorate of Emergency Services at Joint Base Fort Myer-Henderson Hall (JBM/HH), Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia. I have been employed as a Detective with the Department of the Army since July 21, 2019. My responsibilities include investigating crimes against United States statutes and regulations, the Uniform Code of Military Justice, and District of Columbia and Virginia law. I am a graduate of the United States Army Civilian Police Course and have been a police officer since September 2017. I have received training required to execute law enforcement and investigative duties at installations within the jurisdiction of the Military District of Washington, respond to emergency and non-emergency calls, perform traffic patrols, investigate incidents, exercise arrest authority, detain persons, preserve evidence, seize weapons and contraband, and write reports as required by United States statutes, the Uniform Code of Military Justice, District of Columbia and Virginia law, and Army Regulations.

1

2. I have over 12 years of investigative experience including conducting counter-narcotics and counter-human trafficking operations in conjunction with the DEA, conducting static, mobile, and electronic surveillance of foreign human trafficking organizations in support of the Safe Child Taskforce and the Department of Homeland Security, and assisting the Federal Bureau of Investigation with mobile surveillance operations and fraud investigations.

3. The facts and information contained in this affidavit are based upon my personal knowledge as well as the observations of other agents involved in this investigation. All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of records, documents, and other physical evidence obtained during the course of this investigation.

4. This affidavit includes information necessary to support probable cause for this criminal complaint. This affidavit is not intended to include each and every fact and matter observed by me or known to the United States.

5. This affidavit is submitted in support of the criminal complaint charging PETER ARVELL HOWARD with violating Title 18 United States Code § 1382 (Entering military, naval, or Coast Guard property) and Title 18 United States Code § 661 (Theft within Special Maritime and Territorial Jurisdiction).

6. On November 7, 2019, S.M. and his family traveled to Arlington National Cemetery ("ANC") for the internment of S.M.'s father at 3:00 p.m. S.M. reported that he and his family parked in the ANC garage at approximately 12:35 p.m., walked to the Visitor Center to use the restroom, and entered the cemetery. S.M. reported that he and his family returned to their vehicle at approximately 1:45 p.m., drove out of the parking garage, and met up with other family

2

members at the entrance to ANC. At approximately 1:55 p.m., S.M. and other family members realized that bags had been stolen from their vehicle.

7.  ANC closed circuit television cameras show HOWARD walking into the ANC parking garage on November 7, 2019, at approximately 12:36 p.m. HOWARD wore a distinctive bright neon yellow, reflective work jacket with silver reflective material sewn to both sleeves of the jacket above the wrists and elbows and around the waist line of the jacket. HOWARD's jacket had a Washington, D.C. insignia patch sewn on the upper right sleeve and square black panels sewn into the lower center front of the jacket extending to each side of the jacket, stopping just under the arms at the hips. HOWARD wore jeans that appeared to be blue and gray in color and ripped at the knees, a black cloth cap, brown work boots that appeared to be well worn, and he carried a black Jansport backpack. HOWARD stopped briefly to talk with an ANC security guard and walked to the parking garage. At 12:51 p.m., approximately 15 minutes after he had entered, HOWARD left the ANC parking garage with three backpacks and a blue bag that he did not have when he entered. At 12:55 p.m., approximately four minutes later, HOWARD reentered the ANC parking garage with the same backpacks. At 1:11 p.m., approximately 16 minutes later, Washington Metropolitan Area Transit Authority ("WMATA") CCTV cameras show HOWARD boarding a train with the same three backpacks.

8.  After numerous unsuccessful attempts to contact the ANC security guard, I called his brother, who was listed as the emergency point of contact in his ANC employment file. This individual reported that another family member knew the person depicted in the surveillance video. On May 1, 2020, I spoke with the security guard's family member. This person identified that individual depicted as HOWARD. This person forwarded me two recent pictures of HOWARD.

3

The person depicted in the photos appears to be the same person depicted in the CCTV footage from ANC.

9. HOWARD's criminal history shows felony warrants from the Washington Metro Airport Authority Police Department for Grand Larceny (Open/Active, April 23, 2020), Arlington County Sheriff's Office (ACSO) for Violating the Conditions of Release (Open/Active, April 30, 2020), and a Misdemeanor Warrant from the ACSO for Failure to Appear (Open/Active, July 15, 2020). Detective Dower from the Washington Metro Airport Authority Police Department stated that his charge, listed above, alleged that HOWARD had stolen luggage. I emailed Detective Dower a picture of HOWARD from the ANC CCTV footage. Detective Dower immediately recognized HOWARD from the distinctive bright yellow work jacket that he wore. Detective Dower sent me images of HOWARD from the Washington Metro Airport Authority CCTV showing HOWARD on Friday, May 29, 2020 standing on the WMATA train platform at Ronald Reagan National Airport wearing the same jacket. I also met Cpl. Byers from MWAA PD who had previously arrested HOWARD and showed him the ANC and WMATA surveillance, and the photos from the security guard's family member. Cpl. Byers immediately recognized HOWARD in these images.

10. One of S.M.'s family members reviewed an image from ANC CCTV showing HOWARD carrying three backpacks and immediately identified her backpack in the picture. She described her backpack as a distinctive blue and pink bag made by North Face that she owned for approximately 4 years and is her "go to bag for carrying things." Another of S.M.'s family members identified his backpack, a black Swiss Army backpack with a metal loop attached and grey webbing, from WMATA CCTV images of HOWARD.

11. ANC is a military cemetery operated by the Department of the Army in the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia.

12. Based on the foregoing, I submit to the Court that probable cause exists to believe that, on or about November 7, 2019, at Arlington National Cemetery, in the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia, the defendant, PETER ARVELL HOWARD took and carried away, with intent to steal or purloin, the personal property of another, in violation of Title 18, United States Code § 661 (Theft within Special Maritime and Territorial Jurisdiction). I further submit that probable cause exists to believe that on or about November 7, 2019, at Arlington National Cemetery, in the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia, the defendant, PETER ARVELL HOWARD entered a military reservation, post, fort, arsenal, yard, station, or installation, for any purpose prohibited by law or lawful regulation in violation of Title 18, United States Code § 1382 (Entering military, naval, or Coast Guard property).

Stanley J. Hofferber
Detective
JBM-HH Police Department

Sworn and subscribed to by telephone
in accordance with Fed. R. Crim. P. 4.1
this 17th day of March, 2021.

_____/s/_____
Ivan D. Davis
United States Magistrate Judge

5

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

**Judge Assigned:** IDD

City:  
Superseding Indictment:  
**Criminal No.** 1:21MJ79

County: Arlington  
Same Defendant:  
**New Defendant:** x

Magistrate Judge Case No.:  
**Arraignment Date:**

Search Warrant Case No.:  
**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Peter Arvell Howard   Alias(es):   ☐ Juvenile   FBI No.:

**Address:** Washington, DC 20020

**Employment:**

**Birth Date:** xx/xx/1986   **SSN:** xxx-xx-2487   **Sex:** Male   **Race:** Black   **Nationality:**

**Place of Birth:**   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter   **Language/Dialect:** English   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   **Counsel Conflicts:**

**Address:**   ☐ Retained

**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** SAUSA - Sean Rowland   **Phone:** 703-299-3776   **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

Det. Stanley J. Hofferber, Fort Myer Police

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C § 661 | Theft | 1 | Misdemeanor |
| Set 2: | 18 U.S.C § 1382 | Trespass | 2 | Petty |

**Date:** 03/15/2021   **AUSA Signature:**   *may be continued on reverse*