# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 21-mj-471 (ZMF) |
| v. | : |
| PETER HOWARD, | : |
| Defendant. | : |

## GOVERNMENT'S MOTION TO DISMISS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to dismiss this case.

On June 11, 2021, the defendant appeared before the Court for a Rule 5 initial appearance, and he was ordered to appear before the Court in the Eastern District of Virginia. The defendant made that appearance on June 15, 2021. Therefore, there are no additional proceedings in this Court and the government requests that this case be dismissed.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

/s/ *Frederick Yette*
Frederick Yette, D.C. Bar 385391
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7733
Frederick.Yette@usdoj.gov